Amir J. Goldstein, Esq. (SBN 255620)
ajg@consumercounselgroup.com
5455 Wilshire Blvd., Suite 1812
Los Angeles, CA 90036
Tel  323.937.0400
Fax 866.288.9194

Attorney for Plaintiff

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCISCO OCARANZA,

    Plaintiff,

  v.

D.SCOTT CARRUTHERS, et al

    Defendants.

CASE NO. SACV 12-469 JVS(JPRx)

~~(PROPOSED)~~ ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Fed. R. Civ. P. 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

Dated: April 28, 2013    Respectfully Submitted,
Law Office of Amir J. Goldstein, Esq.

  /s/ Amir J. Goldstein
Amir J. Goldstein, Attorney for Plaintiff

Dated: April 28, 2013    Law Office of Dennis Scott Carruthers, Esq.

  /s/ D. Scott Carruthers
D. Scott Carruthers, Attorney for Defendant

DATED:  April 29, 2013    SO ORDERED.

_____
Honorable Judge James V. Selna

*Ocaranza v D. Scott Carruthers, A Professional Law Corporation,* case no. SACV 12-469
Proposed Order re Dismissal